

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00887-CR

The **STATE** of Texas,
Appellant

v.

Pablo Jose Javier **MARQUEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13939CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting Pablo Jose Javier Marquez habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 17, 2024.

_____
Beth Watkins, Justice